[No. 52351-1-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY E. TINKER, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 03-8-00605-1, Patricia H. Clark, J., entered April 10 and June 4, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52484-4-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE QUINCY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00741-7, Richard J. Thorpe, J., entered June 2, 2003. *Affirmed* by unpublished per curiam opinion. Now published at 122 Wn. App. 395.

[No. 29650-1-II.   Division Two.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CHARLES MULHOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-06114-5, Karen L. Strombom, J., entered November 13, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.